**Order entered September 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00334-CV

**TONY GREEN, Appellant**

**V.**

**RELIABLE CHEVROLET II, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13832**

# ORDER

Before the Court is appellee's September 6, 2018 second motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **October 1, 2018**.


/s/     ADA BROWN
        JUSTICE